

**SO ORDERED.**
**SIGNED this 26th day of August, 2019**

Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

___

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
|    TERRY BERNARD BLACK | ) | Case No. 3:19-bk-31280-SHB |
|    YOLANDA DENISE BLACK | ) | |
|       Debtors | ) | Chapter 13 |
| | ) | |

**ORDER**
**ON OBJECTION BY DEBTORS TO THE CLAIM OF WELLS FARGO BANK, N.A., as**
**TRUSTEE FOR PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH**
**CERTIFICATES SERIES 2004-WHQ2**
**(CLAIM NO. 7)**

    This matter came upon the Debtors' objection to the claim of Wells Fargo Bank, N.A., as Trustee for Park Place Securities, Inc., Asset-Backed Pass-Through Certificates Series 2004-WHQ2. Upon no objections being filed, for good cause shown,

    It is hereby ORDERED that the claim of Wells Fargo Bank, N.A., as Trustee for Park Place Securities, Inc., Asset-Backed Pass-Through Certificates Series 2004-WHQ2 Claim No.7, filed in the amount of $114,904.10 shall be disallowed in its entirety.

# # #

APPROVED FOR ENTRY:

/s/ Richard M. Mayer, #5534
/s/ John P. Newton, Jr., #010817
Attorneys for Debtors
1111 Northshore Drive, Suite S-570
Knoxville, TN  37919
(865) 588-5111
mayerandnewton@mayerandnewton.com