

**SO ORDERED.**
SIGNED this 21st day of January, 2020

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:    Terry Bernard Black                    #19-31280-SHB
          Yolanda Denise Black                   Chapter 13

**ORDER RESOLVING CHAPTER 13 TRUSTEE OBJECTION TO PROOF OF CLAIM FILED BY CITY OF KNOXVILLE TENNESSEE (#10)**

No response having been filed in opposition to the Trustee's Objection to the after bar date claim filed by City Of Knoxville Tennessee, it is hereby **ORDERED** that the Trustee's Objection to the claim is hereby sustained and that the late filed claim filed by City Of Knoxville Tennessee in the amount of $752.06 is disallowed in its entirety.

# # #

APPROVED FOR ENTRY:

s/ Gwendolyn M. Kerney (by ml w/perm)
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN   37901
(865) 524-4995